U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET





**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed October 19, 2010**

BTXN 210 (rev. 04/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Cox Video Corporation § Case No.: 98–51119–rlj7
§ Chapter No.: 7
Debtor(s) §

## ORDER DENYING PAYMENT OF A DIVIDEND FROM UNCLAIMED FUNDS

The Court finds that ASG Colleyville Park Ltd. filed an Application for Payment of Unclaimed Funds on 9/29/2010 in the amount of $16,367.90.

The Court, after review of the application, finds:

☑ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ no funds are on record for the claimant

☐ the application was not served on the US Attorney

☑ Other: no government issued photo identification provided with the application

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #