# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| In Re: | § | |
|---|---|---|
| COX VIDEO CORPORATION | § | Case No.: 98-51119-RLJ-7 |
| | § | |
| Debtor(s) | § | **FILED** *AJ* |
| | § | DEC 14 2010 |
| | § | |

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor _____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | **Name of Claimant(s)** | ASG Colleyville Park, Ltd. |
|---|---|---|
| 2. | **Name and Title of Authorizing Officer or Representative** (*If Claimant is an individual, skip to Question No. 3*) | Walid Keilani<br><br>President |
| 3. | **Current Mailing Address** | 2408 E. Trinity Mills Rd. Ste #100 Carrollton, Texas 75006 |
| 4. | **Telephone Number** | 214-390-1900 |
| 5. | **SS# (*last 4 digits only*) or EIN #** | 75-2591529 |
| 6. | **Amount Being Claimed** | $16,367.90 |

I, __Walid Keilani__ , do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date __12-13-2010__       _(signature)_       _____

  Claimant Signature                      Co-Claimant Signature

Subscribed and Sworn to Before Me this __13__ day of __December__ 2010

  _(signature)_

  Notary Public
  In and for the State of __Texas__

  My commission expires __12-27-2013__

```
                 LINDA K. HENRICKS
            Notary Public, State of Texas
              My Commission Expires
                December 27, 2013
```

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 12 - 13 - 2010

_____
Claimant's Signature

 

**_ASG_** Real Estate Company
An Alshall Group Co.

2408 E. Trinity Mills Road, Suite 100
Carrollton, Texas 75006
(214) 390-1900 Phone
(214) 390-1919 Fax

# AUTHORIZATION LETTER

United States Bankruptcy Court
1100 Commerce Way
Dallas TX 75242

To whom it may concern:

I, Walid Keilani, as a duly authorized officer of ASG Colleyville Park, Ltd., am making a claim for the $16,367.90 on behalf of the aforementioned corporation. Per your requirements, I am including copies of all necessary documentation to prove our corporation is the rightful owner of these unclaimed funds.

Thank you for your attention in this matter.

Sincerely,

X _Walid M. Kal_







Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Hope Andrade
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

ASG COLLEYVILLE PARK, LTD.
Filing Number: 8073510

| | |
|---|---|
| Certificate Of Limited Partnership | April 17, 1995 |
| Certificate of Assumed Business Name | April 21, 1995 |
| Periodic Report | August 23, 1999 |
| Cancellation Of Certificate Of Limited Partnership | December 23, 1999 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 09, 2010.



Hope Andrade
Secretary of State

*Come visit us on the Internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555
Prepared by: VCASTILLO

Fax: (512) 463-5709
TID: 10266

Dial: 7-1-1 for Relay Services
Document: 344412960002

FILED
In the Office of the
Secretary of State of Texas

APR 17 1995

CORPORATIONS SECTION

## CERTIFICATE OF LIMITED PARTNERSHIP
### FOR
### ASG COLLEYVILLE PARK, LTD.

The undersigned as the sole general partner of ASG Colleyville Park, Ltd. (the "Partnership"), desiring to form a limited partnership pursuant to the Texas Revised Limited Partnership Act, as set forth in the Revised Civil Statutes of the State of Texas, hereby certifies and states as follows:

1.    The name of the Partnership is ASG Colleyville Park, Ltd.

2.    The address of the registered office and the name of the registered agent of the Partnership for service of process are as follows:

> Walid M. Keilani
> 9220 Skillman Street, Suite 201
> Dallas, Texas 75243

3.    The address of the principal office of the Partnership in the United States where the records will be kept or made available is 9220 Skillman Street, Suite 201, Dallas, Texas 75243, or at such other place as the General Partner from time to time may designate.

4.    The name, mailing address and street address of the General Partner (herein so called) is:

> ASG Real Estate Company
> 9220 Skillman Street, Suite 201
> Dallas, Texas 75243

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of the 17th day of April, 1995.

GENERAL PARTNER:

ASG REAL ESTATE COMPANY,
a Texas corporation

By: _Ahmad A. Sbaiti_
Name:  Ahmad A. Sbaiti
Its:   Vice President

DA951020105
041295sdd1
818-5

0 0 1 9 8 8 0 2 6 8 5

**FILED**
In the Office of the
Secretary of State of Texas

APR 2 1 1995

Corporations Section

### ASSUMED NAME CERTIFICATE
### FOR
### ASG COLLEYVILLE PARK, LTD.

1. The assumed name under which the business is or is to be conducted or rendered is "Village Park Shopping Center."

2. The name of the limited partnership's business as stated in its Certificate of Limited Partnership as filed with the Secretary of State of Texas is "ASG Colleyville Park, Ltd."

3. The state under the laws of which it was filed is Texas, and the address of its registered office in that jurisdiction is 9220 Skillman Street, Suite 201, Dallas, Texas 75243.

4. The period during which the assumed name will be used is ten (10) years.

5. ASG Colleyville Park, Ltd. is a Texas limited partnership.

6. The address of the registered office is 9220 Skillman Street, Suite 201, Dallas, Texas 75243, and the name of its registered agent at such address is Walid M. Keilani. The address of the principal office is 9220 Skillman Street, Suite 201, Dallas, Texas 75243.

7. The counties where business is being or is to be conducted under such assumed name is Dallas County and Tarrant County.

**GENERAL PARTNER:**

ASG REAL ESTATE COMPANY,
a Texas corporation

By: _____
Walid M. Keilani, President

STATE OF TEXAS        §
                      §
COUNTY OF DALLAS      §

BEFORE ME, on this _17th_ day of April, 1995, personally appeared WALID M. KEILANI, President of ASG Real Estate Company, a Texas corporation, the General Partner of ASG COLLEYVILLE PARK, LTD., d/b/a Village Park Shopping Center, and acknowledged to me that he executed the foregoing certificate for the purposes therein expressed. ·



_____
Notary Public in and for
the State of Texas

My Commission Expires:

_11-20-97_

DA951020352
041295tdd1
818-5

PEGGY ANN BRANTON
MY COMMISSION EXPIRES
November 20, 1997

FILED
In the Office of the
Secretary of State of Texas

AUG 23 1999

Corporations Section

0285



**The State of Texas**

*Secretary of State*

ELTON BOMER
SECRETARY OF STATE

FILE NO.   00080735-10
FILING FEE $50.00

1.  THE NAME OF THE LIMITED PARTNERSHIP IS

    ASG COLLEYVILLE PARK, LTD.

2.  IT IS ORGANIZED UNDER THE LAWS OF THE STATE OR TERRITORY OF  TEXAS

3.  THE STREET ADDRESS OF THE REGISTERED OFFICE OF THE LIMITED PARTNERSHIP
    IN TEXAS IS    9220 SKILLMAN ST., STE. 201 DALLAS, TX 7524
    (MAKE CHANGES HERE)

4.  THE NAME OF THE REGISTERED AGENT AT THAT ADDRESS IS
    WALID M. KEILANI
    (MAKE CHANGES HERE)

5.  THE ADDRESS OF THE PRINCIPAL OFFICE IN THE UNITED STATES WHERE THE
    RECORDS ARE TO BE KEPT OR MADE AVAILABLE UNDER SECTION 1.07 OF
    THE TEXAS REVISED LIMITED PARTNERSHIP ACT IS
    9220 SKILLMAN ST., STE. 201 DALLAS, TX 75243

6.  THE NAME, MAILING ADDRESS, AND STREET ADDRESS OF THE BUSINESS OR
    RESIDENCE OF EACH GENERAL PARTNER IS:

| NAME | MAILING ADDRESS | STREET ADDRESS | CITY, STATE |
|------|-----------------|----------------|-------------|
| ASG REAL ESTATE | 9220 SKILLMAN ST., STE. 201 | | DALLAS, TX 7524390077632 |

7.  THE FOREGOING INFORMATION IS GIVEN AS OF THE DATE OF THE EXECUTION
    OF THIS REPORT:
    DATED ----------8/18----, 19 --99--

    _____
    GENERAL PARTNER

INSTRUCTIONS: ALL ITEMS MUST BE COMPLETED.  MARK CHANGES TO ITEMS 3,
4, 5 ON FORM, AS NECESSARY.  ONLY ADDRESS CHANGES MAY BE NOTED TO
ITEM 6.  CHANGES, ADDITIONS, AND DELETIONS TO THE NAMED GENERAL
PARTNERS REQUIRE AN AMENDMENT TO THE CERTIFICATE OF LIMITED
PARTNERSHIP.  ONE GENERAL PARTNER MUST SIGN.  RETURN COMPLETED
FORM AND $50 FILING FEE WITHIN 30 DAYS TO: SECRETARY OFSTATE,
CORPORATIONS SECTION, P.O. BOX 13697, AUSTIN, TX., 78711-3697.

## CERTIFICATE OF CANCELLATION
## DOMESTIC OR FOREIGN LIMITED PARTNERSHIP

FILED
in the Office of the
Secretary of State of Texas

DEC 23 1999

Corporations Section

Pursuant to the provisions of the Texas Revised Limited Partnership Act, the following Certificate of Cancellation of Domestic Limited Partnership is submitted for filing.

1. The name of the partnership is ASG Colleyville Park, Ltd. (the "Partnership").

2. The Partnership was formed under the laws of Texas.

3. The exact date of the Partnership's original certificate of limited partnership was April 17, 1995.

4. The certificate of the Partnership is cancelled for the following reason or reasons: terminated business

5. If the cancellation is not to be effective upon the filing of the certificate, the future effective date or time, which shall be a date or time certain, of cancellation is: N/A

ASG REAL ESTATE COMPANY
a Texas corporation, General Partner

By: _____
Walid Keilani, President

::ODMA\PCDOCS\DALLAS_1\324065\1
123:818-5



# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

**ASG REAL ESTATE COMPANY**
Filing Number: 121331700

| | |
|---|---|
| Articles of Incorporation | November 26, 1991 |
| Change of Registered Agent/Office | March 18, 1992 |
| Change of Registered Agent/Office | September 29, 2003 |
| Public Information Report (PIR) | December 31, 2009 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 08, 2010.



Hope Andrade
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555
Prepared by: VCASTILLO

Fax: (512) 463-5709
TID: 10266

Dial: 7-1-1 for Relay Services
Document: 344412960003

WDAM MALLHO⁻ ·) ৩|৴|৭০০৴৶#·৫ ৳
FILED
In the Office of the
Secretary of State of Texas

NOV 2 6 1991

Corporations Section

## ARTICLES OF INCORPORATION

### OF

## ASG REAL ESTATE COMPANY

The undersigned natural person of the age of eighteen (18) years or more, acting as an incorporator of a corporation under the Texas Business Corporation Act, hereby adopts the following Articles of Incorporation for such corporation:

### ARTICLE I

#### NAME

The name of the corporation is ASG Real Estate Company.

### ARTICLE II

#### DURATION

The period of its duration is perpetual.

### ARTICLE III

#### PURPOSE

The purpose or purposes for which the corporation is organized are to transact any and all lawful business for which corporations may be incorporated under the Texas Business Corporation Act.

### ARTICLE IV

#### SHARES

The aggregate number of shares which the corporation has authority to issue is Ten Thousand (10,000) shares of One Cent

62755257

($.01) par value per share. Such shares are designated as common
stock and shall have identical rights and privileges in every
respect.

## ARTICLE V

### PREEMPTIVE RIGHTS

Each shareholder will enjoy the preemptive right referred to
in Article 2.22-1 of the Texas Business Corporation Act, to
acquire additional, unissued or treasury shares of the corpora-
tion or securities of the corporation convertible into or carry-
ing a right to subscribe to or acquire shares of the corporation.
Such right may be exercised in the manner set forth in the Bylaws
of the Corporation and in the Texas Business Corporation Act.

## ARTICLE VI

### NONCUMULATIVE VOTING

Directors shall be elected by majority vote. No shareholder
of the corporation shall have the right to cumulate his votes in
the election of directors.

## ARTICLE VII

### POWER TO AMEND BYLAWS

Without limiting the power of the shareholders of the corpo-
ration to amend or repeal the corporation's bylaws or to adopt
new bylaws, the Board of Directors shall have the power to amend
or repeal the corporation's bylaws and to adopt new bylaws.

-2-

## ARTICLE VIII

### COMMENCEMENT OF BUSINESS

The corporation will not commence business until it has received for the issuance of its shares consideration of the value of One Thousand Dollars ($1,000.00), consisting of money, labor done, or property actually received.

## ARTICLE IX

### REGISTERED OFFICE AND AGENT

The street address of the initial registered office of the corporation is 4201 Spring Valley, Suite 1400, Dallas, Texas 75244 and the name of its initial registered agent at such address is Walid Keilani.

## ARTICLE X

### INITIAL DIRECTORS

The number of directors constituting the initial Board of Directors is two (2) and the names and addresses of the persons who are to serve as directors until the first annual meeting of the shareholders, or until their successor or successors are elected and qualified are:

> Walid Keilani
> 4201 Spring Valley
> Suite 1400
> Dallas, Texas  75244
>
> Ahmad Sbaiti
> 4201 Spring Valley
> Suite 1400
> Dallas, Texas  75244

-3-

## ARTICLE XI

### LIABILITY OF DIRECTORS

No director of the corporation shall be liable to the corpo-
ration or its shareholders for monetary damages for an act or
omission in the director's capacity as a director, except that
this article does not eliminate or limit the liability of a
director to the extent the director is found liable for:  (1) a
breach of the director's duty of loyalty to the corporation or
its shareholders; (2) an act or omission not in good faith that
constitutes a breach of duty of the director to the corporation
or an act or omission that involves intentional misconduct or a
knowing violation of the law; (3) a transaction from which the
director received an improper benefit, whether or not the benefit
resulted from an action taken within the scope of the director's
office; or (4) an act or omission for which the liability of a
director is expressly provided for by an applicable statute.

### ARTICLE XII

### ACTIONS BY SHAREHOLDERS WITHOUT A MEETING

Any action required by the Texas Business Corporation Act to
be taken at any annual or special meeting of shareholders, or any
action which may be taken at any annual or special meeting of
shareholders, may be taken without a meeting, without prior
notice, and without a vote, if a consent or consents in writing,
setting forth the action so taken, shall be signed by the holder
or holders of shares having not less than the minimum number of
votes that would be necessary to take such action at a meeting at

which the holders of all shares entitled to vote on the action
were present and voted.

### ARTICLE XIII

#### INCORPORATOR

The name and address of the incorporator is:

Thomas R. Helfand
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270

IN WITNESS WHEREOF, I have hereunto set my hand this the
26th day of November, 1991.

_____
Thomas R. Helfand

386:D911114AA.00
112691bg1
HARW A8461-28200

-6-

001506022255

FILED
In the Office of the
Secretary of State of Texas

MAR 18 1992

Corporations Section

STATEMENT OF CHANGE OF REGISTERED OFFICE
BY A TEXAS DOMESTIC CORPORATION

1.  The name of the corporation is ASG REAL ESTATE COMPANY.

2.  The address, including street and number, of its present registered office as shown in the records of the Secretary of State of Texas prior to filing this statement is 4201 Spring Valley, Suite 1400, Dallas, Texas 75244.

3.  The address, including street and number, to which its registered office is to be changed is 9220 Skillman, Suite 201, Dallas, Texas 75243.

4.  The name of its present registered agent, as shown in the records of the Secretary of State of Texas, prior to filing this statement is Walid M. Keilani.

5.  The name of its registered agent is not changed.

6.  The address of its registered office and the address of the business office of its registered agent, as changed, will be identical.

7.  Such change was authorized by its board of directors.

_Walid M. Keilani_
Walid M. Keilani, President

123:D920226E 00
022692bg1
GENL A6461-00100

62 75258



**FILED**
In the Office of the
Secretary of State of Texas

**SEP 2 9 2003**

**Corporations Section**

Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697

## CHANGE OF REGISTERED AGENT/REGISTERED OFFICE

1.  The name of the entity is <u>ASG REAL ESTATE COMPANY</u>

    and the file number issued to the entity by the secretary of state is <u>0121331700</u>

2.  The entity is: (Check one.)

    ☑ **a** *business corporation*, which has authorized the changes indicated below through its board of directors or by an officer of the corporation so authorized by its board of directors, as provided by the Texas Business Corporation Act.

    ☐ **a** *non-profit corporation*, which has authorized the changes indicated below through its board of directors or by an officer of the corporation so authorized by its board of directors, or through its members in whom management of the corporation is vested pursuant to article 2.14C, as provided by the Texas Non-Profit Corporation Act.

    ☐ **a** *limited liability company*, which has authorized the changes indicated below through its members or managers, as provided by the Texas Limited Liability Company Act.

    ☐ **a** *limited partnership*, which has authorized the changes indicated below through its partners, as provided by the Texas Revised Limited Partnership Act.

    ☐ **an** *out-of-state financial institution*, which has authorized the changes indicated below in the manner provided under the laws governing its formation.

3.  The registered office address as PRESENTLY shown in the records of the Texas secretary of state is  9220 SKILLMAN ST., #201 DALLAS, TX  75243

4.  ☑ A. The address of the NEW registered office is: (Please provide street address, city, state and zip code. The address must be in Texas.)

    <u>2408 E. TRINITY MILLS RD., #100 CARROLLTON, TX  75006-1935</u>

    OR ☐ B. The registered office address will not change.

5.  The name of the registered agent as PRESENTLY shown in the records of the Texas secretary of state is  WALID KEILANI

6.  ☑ A. The name of the NEW registered agent is  AHMAD SBAITI

    OR ☐ B. The registered agent will not change.

7. Following the changes shown above, the address of the registered office and the address of the office of the registered agent will continue to be identical, as required by law.

By: _Ahmad A. Shai_
(A person authorized to sign
on behalf of the entity)

## INSTRUCTIONS

1. It is recommended that you call (512) 463-5555 to verify the information in items 3 and 5 as it currently appears on the records of the secretary of state before submitting the statement for filing. You also may e-mail an inquiry to _corpinfo@sos.state.tx.us_. As information on out-of-state financial institutions is maintained on a separate database, a financial institution must call (512) 463-5701 to verify registered agent and registered office information. If the information on the form is inconsistent with the records of this office, the statement will be returned.

2. You are required by law to provide a street address in item 4 unless the registered office is located in a city with a population of 5,000 or less. The purpose of this requirement is to provide the public with notice of a physical location at which process may be served on the registered agent. A statement submitted with a post office box address or a lock box address will not be filed.

3. An authorized officer of the corporation or financial institution must sign the statement. In the case of a limited liability company, an authorized member or manager of a limited liability company must sign the statement. A general partner must sign the statement on behalf of a limited partnership. <u>A person commits an offense under the Texas Business Corporation Act, the Texas Non-Profit Corporation Act or the Texas Limited Liability Company Act if the person signs a document the person knows is false in any material respect with the intent that the document be delivered to the secretary of state for filing. The offense is a Class A misdemeanor.</u>

4. Please attach the appropriate fee:

| | |
|---|---|
| Business Corporation | $15.00 |
| Financial Institution, other than Credit Unions | $15.00 |
| Financial Institution that is a Credit Union | $ 5.00 |
| Non-Profit Corporation | $ 5.00 |
| Limited Liability Company | $10.00 |
| Limited Partnership | $50.00 |

Personal checks and MasterCard®, Visa®, and Discover® are accepted in payment of the filing fee. Checks or money orders must be payable through a U.S. bank or other financial institution and made payable to the secretary of state. Fees paid by credit card are subject to a statutorily authorized processing cost of 2.1% of the total fees.

5. Two copies of the form along with the filing fee should be mailed to the address shown in the heading of this form. The delivery address is: Secretary of State, Statutory Filings Division, Corporations Section, James Earl Rudder Office Building, 1019 Brazos, Austin, Texas 78701. We will place one document on record and return a file stamped copy, if a duplicate copy is provided for such purpose. The telephone number is (512) 463-5555, TDD: (800) 735-2989, FAX: (512) 463-5709.

Form No. 401
Revised 9/99

**00004857769**

TX2009   05-102   **TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT**
Ver. 1.3   (Rev. 1-08/28)
  ■ Tcode 13196

*(To be filed by Corporations or Limited Liability Companies (LLCS))*
**This report MUST be filed to satisfy franchise tax requirements**

■ Taxpayer number
| 17624027667 |

■ Report year
|| 2009 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.*

Taxpayer name
ASG Real Estate Company

Mailing address
2408 E. Trinty Mills Road, Ste 100

| City | State | ZIP Code | Plus 4 |
|------|-------|----------|--------|
| Carrollton | TX | 75006 | 1935 |

Secretary of State file number or Comptroller file number
0121331790

[X] Check box if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office
2408 E. Trinty Mills Road, Ste 100, Carrollton, TX 75006-1935
Principal place of business
2408 E. Trinty Mills Road, Ste 100, Carrollton, TX 75006-1935

**Please sign below!** Officer, director, and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

1752402765709

**SECTION A.** Name, title, and mailing address of each officer, director, or member.

| Name | Title | Director | Term expiration | State | ZIP Code |
|------|-------|----------|-----------------|-------|----------|
| Keilani, Walid M. | P/T | [X] Yes | m m d d y y | | |
| Mailing address: 2408 E. Trinty Mills Road, Ste | City: Carrollton | | | TX | 75006-1935 |
| Sbaiti, Ahmad A. | Sec | [X] Yes | m m d d y y | | |
| Mailing address: 2408 E. Trinty Mills Road, Ste | City: Carrollton | | | TX | 75006-1935 |
| | | [ ] Yes | m m d d y y | | |
| Mailing address | City | | | State | ZIP Code |

**SECTION B.** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |
| | | | |

**SECTION C.** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity.

| Name of owning (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage Ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file. (See instructions if you need to make changes.)   [ ] Check box if you need forms to change the registered agent or registered office information.
Agent: Walid Keilani

| Office: | City | State | ZIP Code |
|---------|------|-------|----------|
| 2408 E Trinity Mills Ste 100 | Carrollton | TX | 75006 |

The above information is required by Section 171.203 of Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ► *Ahmad A. Sbaiti*   Title: Secretary   Date: 11/9/09   Area code and phone number: 469-358-8910

Texas Comptroller Official Use Only

| VE/DE | O | PIR IND | O |

1032



**TEXAS**
DEPARTMENT OF PUBLIC SAFETY
DRIVER LICENSE

CLASS: C      DL: 0776...
DOB: 01-06-36      HT...
EXPIRES: 01-06-11...
REST:
END:

KEILANI,WALID MO...
4001 MILDENHALL...
PLANO TX 75093...

Myrtle McDonald
Myrtle McDonald, PLLC
3305 66th Street, Suite 3
Lubbock, Texas 79413
Telephone: (806) 792-0056
FAX: (806) 589-0790
State Bar No. 13555700
Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COX VIDEO CORPORATION | § | CASE NO. 98-51119-RLJ-7 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

## AMENDED NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED FUNDS

Transmitted herewith is a check for deposit into the court's unclaimed funds registry as unclaimed property for the above referenced chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check (s) has not been negotiated.

Name of payee on unclaimed check:                          Amount

1.   HB Industrial Properties              $     3,320.81
     c/o Van Hooker
     2323 Bryan St. Ste 2200
     Dallas, Texas 75201-2655

2.   ASG Collyville Park Ltd.                   16,367.90
     c/o Miller Commercial
     2220C West Park Row
     Arlington, TX 76013-3487

3.   Southwestern Public Service Co.            1,544.78
     P. O. Box 1261
     Amarillo, TX 79105-11261

4.   Village Square Shopping Center           13,373.69
     c/o Paul Kim
     4425 Waterford Drive
     Plano, TX 75204-4307

5.    Bowie Central Appraisal District          311.24
      c/o Michael Reed
      5929 Balcones Dr. Ste 200
      Austin, TX 78731-4280


                              Respectfully submitted,

                              MYRTLE McDONALD, PLLC


                              /s/ Myrtle McDonald_____
                              MYRTLE MCDONALD


## CERTIFICATE OF SERVICE

        I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was mailed
(forward by electronic transmission) to the following parties on March 15, 2010.


U.S. Trustee

Those parties entitled to
electronic notice


                              /s/ Myrtle McDonald_____
                              MYRTLE MCDONALD